

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2014

No. 04-14-00109-CV

Sergio **ALANIZ**, SR., et al.,
Appellants

v.

**JESUS MARIA ALVAREZ & ASSOCIATES**; Ana Lisa Garza, Intervenor,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-00-328
Honorable J. Manuel Banales, Judge Presiding

# O R D E R

Appellants seek to appeal the January 13, 2014 order denying their motion to recuse the trial judge, the Honorable Frederico J. Hinojosa, retired Justice of the Thirteenth Court of Appeals. It appears from the clerk's record that the order is interlocutory because the underlying proceeding out of which the order arises remains pending and no severance order appears in the record. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001) (appellate courts only have jurisdiction to review final judgments that dispose of all parties and causes of action and certain interlocutory orders identified by statute). Rule 18a(j) of the Texas Rules of Civil Procedure expressly states that an order denying a motion to recuse may only be reviewed on appeal from the final judgment. TEX. R. CIV. P. 18a(j)(1)(A).

It is therefore ORDERED that appellants show cause in writing **within fifteen days** of the date of this order why this appeal should not be dismissed for lack of jurisdiction. The briefing schedule is suspended pending our determination of whether we have jurisdiction over this appeal.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court